# IN THE UNITED STATES DISTRICT COURT FOR THE

SHEROD HASTINGS MAIR II-05299000
(full name)     (Register No.)

WINSTON BROWN-02124084

Plaintiff(s).

Case No. 16-3446-CV-S-MDH-P

DR. ROBERT SARRAZAN
(Full name)
Dr. Rice

Defendant(s).

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
XXX Both

## COMPLAINT PURSUANT TO 28 U.S.C. § 1331

I. Place of present confinement of plaintiff(s): USP ALLENWOOD P.O. BOX 3000 white deer P.A. 17887

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff SHEROD HASTINGS MAIR II AKA GENERAL AKA MALEKE  Register No. 05299-000
Address USP ALLENWOOD P.O.BOX 3000 WHITE DEER P.A. 17887

B. Defendant DR. ROBERT SARRAZAN
ADDRESS, MEDICAL CENTER FOR FEDERAL PRISONERS P.O.BOX 4000 springfield, MO. 65801-4000
Is employed as CORRUPT DOCTOR
AND DR. RICE - CORRUPT DOCTOR

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes [X] No [ ]

IV. Do you request a jury trial? Yes [X] No [ ]

V. Do you request money damages? Yes [X] No [ ]
State the amount claimed? $1 MIL./1MIL. (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes [X] No [ ]

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes [X] No [ ]

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes [X] No [ ]

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
I HAVE FILED A GRIEVANCE BUT OFFICER MRS. WILLIAMS THREW AWAY MY LETTERS TO THE REGION AND CENTRAL. SHE ALSO TORE UP MY PAPERS IN FRONT OF ME, ON CAMERA. SHE DOES THIS TO EVERYONE.

D. If you have not filed a grievance, state the reasons.
I HAVE NOT STARTED THE PROCESS OVER BECAUSE I AM AT ANOTHER FACILITY. SO PLEASE TELL ME IF I NEED TO START THE WHOLE PROCESS OVER.

VIII. Previous civil actions:
1. A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case: Yes [ ] No [X]

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes [ ] No [X]

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
           (Plaintiff)           (Defendant)
(2) Date filed: _____

(3) Court where filed: _____

(4) Case Number and citation: _____

2

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for:
_____
(Plaintiff) or (defendant

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

1) DR. ROBERT SARRAZIN CAUSED ME EMOTIONAL DISTRESS BY RAISING MY MEDICATION TO A TOXIC LEVEL WITHOUT TELLING ME.
2) ECONOMICAL LOSS, THIS FALSE CHARGE KEPT. ME FROM SUPPORTING MY FAMILY. (NOTE: THIS STARTED IN MARCH 2015)
3) MALICE AND WILLFUL MISCONDUCT. I WAS TOLD BY DR. ELISIBETH WIENER THAT "WE DOCTORS ARE EXPERIMENTING ON ALL OF YOU. WE HAVE TO."
4) STRESS YOU PUT ON MY FAMILY, BECAUSE I AM AN INNOCENT MAN.

B. State briefly your legal theory or cite appropriate authority:

MEDICAL MALPRACTICE, STEELE V. CHOI, FAILED TO TREAT PROPERLY PRISONERS ILLNESS -HERL V. GAMBLE ; DUNN V. MARTIN ; HUTCHINSON V. UNITED STATES -, GRAVES V. HAMPTON.

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

I WANT $500,000.00 (FIVE HUNDRED THOUSAND DOLLARS) IN DAMAGAGES FROM DR. SARRAZIN IN MONTHLY PAYMENTS. OF $10,000 a MONTH. THANK YOU!

3

X. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?    Yes [ ]   No [X]

   If so, state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
                                                 Yes [ ]   No [X]

   If so, state the lawyers name and address.

_____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __12__ day of __OCTOBER__ 20__16__

_____
(Signatures of Plaintiff(s))

4

INMATE NAME/NUMBER: Mr. C /65299-025
FEDERAL CORRECTION COMPLEX-ALLENWOOD USP
P.O. BOX 3000
WHITE DEER, PA 17887

2016 OCT 24 AM 6:55

REC'D OCT 26 2016

HARRISBURG PA 171
24 OCT 2016 PM 1 L

United States Courthouse
222 North John Q Hammon Parkway
RM 1400
Springfield MO. 65806-2515

65806-255950

Legal Mail